UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Willie E Williams, Jr<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   18-28580<br><br>Chapter:  13<br>Honorable Jacqueline P Cox |

**AGREED ORDER ON MOTION TO MODIFY AUTOMATIC STAY FILED BY U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR RMTP TRUST, SERIES 2021 BKM-TT AS TO PROPERTY LOCATED AT 18125 MARY ANN LN, COUNTRY CLUB HILLS, IL 60478**

This matter having come before the Court upon the Motion to Modify Automatic Stay filed herein by the secured creditor, U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT, ("Movant") and it appearing to the Court that parties have agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of Movant:

1. The Chapter 13 plan filed herein on behalf of the Debtor provided that said Debtor was to make regular monthly payments to Movant outside of the Plan in a regular monthly fashion regarding property located at 18125 MARY ANN LN, COUNTRY CLUB HILLS, IL 60478 ("Property").

2. In breach of the terms of said Plan, the debtor failed to make certain of the regular monthly payments to Movant. At the time the Motion for Relief was filed, payments were in default for the months of March 1, 2021 through October 1, 2021 in the amount of $11,359.88 in addition to fees and costs of $1,038.00.

3. Since the filing of the Motion for Relief, Debtor has submitted funds to bring the account due for November 1, 2021 leaving a balance of $1,038.00 which consists of only attorney fees and costs. In order to eliminate the remaining balance, Movant will filed a Notice of Post-Petition Fee Notice in the amount of $1,038.00 within thirty (30) days of entry of this order.

4. Debtor will continue to make the ongoing monthly payments resuming with the November 1, 2021 payment in the amount of $1,399.27.

5. All payments are to include the Debtor's account number and should be sent to: Rushmore Loan Management Services P.O. Box 52708 Irvine, CA 92619-2708

6. In the event that said Debtor should fail to make any future monthly payment so that said payment is not received by Movant by the day upon which it is contractually due, then, or in either of those events, Movant shall give fourteen (14) days' notice to Debtor's counsel and to the Debtor; and thereafter Movant shall file a Notice of Stay Modification with the Court and upon submission of said notice, without further hearing, the stay shall be automatically terminated providing Movant with relief from stay.

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

/s/ Steve Miljus
Steve Miljus
The Semrad Law Firm, LLC
20 S Clark, 28th
Chicago, IL 60603
Phone: 312.256.8736
smiljus@semradlaw.com

Enter:

*Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: November 15, 2021